AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF FLORIDA

United States of America
c/o NEWMAN & MARQUEZ, P.A.
1533 Sunset Drive #225
Coral Gables, FL 33143-5700

Case Number:

vs.

MARIA MEDINA A/K/A MARIA E CAPOTE
PERSONAL AND CONFIDENTIAL 10240 SW 56TH ST STE 108
MIAMI, FL 33165

### SUMMONS IN A CIVIL ACTION

TO: (Name and Address of Defendant)

> MARIA MEDINA A/K/A MARIA E CAPOTE
> PERSONAL AND CONFIDENTIAL 10240 SW 56TH ST STE 108
> MIAMI, FL 33165

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PLAINTIFF'S ATTORNEY (Name and Address)

Newman & Marquez, P.A.
JENNIFER MARGOLIS MARQUEZ
1533 Sunset Drive #225
Coral Gables, FL 33143-5700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Clerk of this Court.

CLERK OF COURT

Date: _____

_____
Signature of Clerk or Deputy Clerk