# VERIFIED RETURN OF SERVICE

Attorney: **DAVID E. NEWMAN, P.A., 1533 SUNSET DRIVE, SUITE 225, 3056659633**

Court: **UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA, COUNTY OF MIAMI-DADE**

Case No: **12-CV-21915-COOKE/TURNOFF**

Court Date/Time: _____ / _____

Court Room: 21 DAYS

---

Plaintiff/Petitioner: **UNITED STATES OF AMERICA C/O NEWMAN & MARQUEZ, PA**

vs.

Defendant/Respondent: **MARIA MEDINA AKA MARIA E CAPOTE**

---

Received by JJL PROCESS CORP. on the 22nd day of May, 2012 at 04:15 PM to be served on:

**MARIA MEDINA AKA MARIA E CAPOTE**
10240 SW 56TH ST, STE 108
MIAMI, FL 33165

**I, ANGEL M. RODRIGUEZ**, being duly sworn, depose and say that on the 27th day of June, 2012 at 11:59 AM, executed service by delivering a true copy of the **SUMMONS AND COMPLIANT** at the address above which is the usual place of abode of the defendant/servee, in accordance with Florida state statutes in the manner indicated below:

**INDIVIDUAL SERVICE: F.S. 48.031(1)(a) :**   delivered to **MARIA MEDINA**

The person served was over the age of 15 and was advised of the contents.

Based upon inquiry, the party served is not currently in the military service of the United States of America.

I certify that I am of legal age, I have no interest in the above action and that I am a certified or sheriff appointed process server in good standing in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. F.S.92.525(2)

Description of the person served: Female, White skin, Brown hair, Approx. Age: 35 years, Approx. Height: 5 ft 4 in., Approx. Weight: 180 lbs.



X_____
ANGEL M. RODRIGUEZ
Process Server #: 898
JJL PROCESS CORP.
6415 LAKEWORTH ROAD #100
GREENACRES, FL, 33463
(561) 283-0009
**Atty File#: MARIA MEDINA**
**Job ID#: 1218156**

1218156  1218156  1218156  1218156  1218156

AO 440  (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF FLORIDA

United States of America
c/o NEWMAN & MARQUEZ, P.A.
1533 Sunset Drive #225
Coral Gables, FL  33143-5700

**Case Number:**     **12-cv-21915-Cooke/Turnoff**

vs.

MARIA MEDINA A/K/A MARIA E CAPOTE
PERSONAL AND CONFIDENTIAL 10240 SW 56TH ST STE 108
MIAMI, FL 33165

### SUMMONS IN A CIVIL ACTION

TO: (Name and Address of Defendant)

> MARIA MEDINA A/K/A MARIA E CAPOTE
> PERSONAL AND CONFIDENTIAL 10240 SW 56TH ST STE 108
> MIAMI, FL 33165

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PLAINTIFF'S ATTORNEY (Name and Address)

> Newman & Marquez, P.A.
> JENNIFER MARGOLIS MARQUEZ
> 1533 Sunset Drive  #225
> Coral Gables,  FL 33143-5700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Clerk of this Court.

Date:  **May 22, 2012**



## SUMMONS

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts