UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-21915-Cooke/Turnoff

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MARIA MEDINA a/k/a MARIA E CAPOTE,
    Defendant.

## ANSWER

COMES NOW the Defendant, **Maria Medina Capote**, identified in the Complaint as Maria Medina a/k/a Maria E. Capote, and Answers the Complaint as follows:

1. The allegations contained in Paragraphs 1 and 2 of the Complaint are ADMITTED.[1]

2. In response to the allegations contained in Paragraph 3 of the Complaint, Defendant ADMITS that she is indebted to Plaintiff. However, Defendant is WITHOUT KNOWLEDGE of the amount of the "*Current Principal*" alleged in Subparagraph A of Paragraph 3. Defendant is also WITHOUT KNOWLEDGE of the amount of the "*Current Capitalized Interest Balance and Accrued Interest*"

---

1. *All references herein to "Paragraphs" are to paragraphs in the Complaint. All references to "Sub-Paragraphs" are to subparagraphs in the Complaint.*

United States vs. Maria E. Medina
Case No. 12-cv-21915-Cooke/Turnoff

as alleged in Sub-Paragraph B. Defendant ADMITS the allegation contained in Subparagraphs "C" and "D."

Defendant is WITHOUT KNOWLEDGE of the allegations contained in Paragraph 3, Sub-Paragraph E (attorneys fees).

3. The allegation contained in Paragraph 4 (prior demand) is DENIED. However, in the interest of judicial efficiency, Defendant will not assert lack of prior demand as a defense in this action.

## DEFENSES

4. Defendant is entitled to setoffs (recoupments) in the amount of funds levied on, garnished or otherwise received by Plaintiff or by Citibank from Defendant's tax refunds and from payments from Miami Children's Hospital (for services rendered by Defendant). Upon best knowledge and belief money received by Plaintiff or Citibank as a result of such levies and/or garnishments should be credited towards the debt alleged in the Complaint.

5. To the extent (if any) that all or part of the debt alleged in the Complaint may be barred by an applicable statute of repose, such debt is barred. Defendant does not re-affirm or confirm that portion of the debt (if any) which may be barred by a statute of repose.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

United States vs. Maria E. Medina
Case No. 12-cv-21915-Cooke/Turnoff

ANSWER was served electronically on **Jennifer Margolis Marquez**, **Esquire** (jenmargolis@bellsouth.net), *Newman & Marquez, PA*, 1533 Sunset Drive, Suite 225, Coral Gables, Florida 33143, this **Friday, July 13, 2012**.

Ralph Rocheteau
Attorney for Defendant
508 S.W. 17 Terrace
Homestead, FL 33030
Tel. 727-242-6932
Cell 305-562-3413
Fax. 786-472-6850
E-mail: Ralph@rocheteau.com

By *[signature]*
Ralph Rocheteau
Florida Bar # 269441

Answer - USA vs Medina - 12-cv-21915  13-July_2012.mmc.wpd