UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21915 CIV-COOKE/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIA MEDINA
A/K/A MARIA E. CAPOTE,

    Defendant.
_____/

## DENIAL OF AFFIRMATIVE DEFENSES

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through the undersigned counsel, and files this Denial of Affirmative Defenses and states as follows:

1. Plaintiff denies each and every allegation contained in Defendant's First Affirmative Defense and demands strict proof thereof.

2. Plaintiff denies each and every allegation contained in Defendant's Second Affirmative Defense and demands strict proof thereof.

UNITED STATES OF AMERICA vs. MARIA MEDINA A/K/A MARIA E CAPOTE
Case No.: 12-21915 CIV-COOKE/TURNOFF
Page Two

                                                Respectfully submitted,

Dated: July 16, 2012
Coral Gables, Florida

By: _____
Jennifer Margolis Marquez
Email: jenmargolis@bellsouth.net
Florida Bar Number: 0770701
NEWMAN & MARQUEZ, P.A.
1533 Sunset Dr., Suite 225
Coral Gables, FL 33143
Telephone: (305)665-9633
Fax No.: (305)666-9714
Attorneys for Plaintiff

UNITED STATES OF AMERICA vs. MARIA MEDINA A/K/A MARIA E CAPOTE
Case No.: 12-21915 CIV-COOKE/TURNOFF
Page Three

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was electronically filed on this 16 day of July, 2012. I also certify that the foregoing is being served by U.S. Mail this 16 day of July, 2012 upon all counsel or parties of record as indicated on the attached service list.

Jennifer Margolis Marquez
Newman & Marquez, P.A.
Counsel for the Plaintiff

UNITED STATES OF AMERICA vs. MARIA MEDINA A/K/A MARIA E CAPOTE
Case No.: 12-21915 CIV-COOKE/TURNOFF
Page Four

## SERVICE LIST

RALPH ROCHETEAU, ESQ.
Email: Ralph@rocheteau.com
508 SW 17 TERR
HOMESTEAD, FL 33030
Telephone: (727)242-6932
Fax No.: (786)472-6850
Attorney for Defendant

Jennifer Margolis Marquez, Esq.
Email: jenmargolis@bellsouth.net
Florida Bar No.: 0770701
NEWMAN & MARQUEZ, P.A.
1533 Sunset Dr., Suite 225
Coral Gables, FL 33143
Telephone: (305) 665-9633
Fax No.: (305) 666-9714
Attorneys for Plaintiff