UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-21915-Turnoff

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MARIA MEDINA a/k/a MARIA E CAPOTE, [now known as Maria Medina Capote]

    Defendant.

### Defendant's Witness List and Abandonment of Specific Defense

COMES NOW the Defendant, **Maria Medina Capote**, pursuant to the Scheduling Report [Docket Entry # 16], and discloses her intent to rely upon and or call at trial the following *Witnesses* and *Expert Witnesses*.

**I. Fact Witnesses:**

1. Defendant, Maria Medina Capote, previously known as Maria Medina.

2. Records Custodian, Miami Children's Hospital.

3. Records Custodian, CitiBank (New York), Rochester NY. (Original Creditor, as alleged in Complaint).

4. Any and all Witnesses listed by Plaintiff in its Witness List and Expert Witness List.

United States vs. Maria E. Medina
Case No. 12-cv-21915-Turnoff

## II. Expert Witnesses:

5. All Expert Witnesses identified by Plaintiff in its Witness List.

6. All Expert Witnesses relied on by Plaintiff in its anticipated Motion For Summary Judgement, or called by Plaintiff to testify at the trial or other final hearing in this matter.

## III. ABANDONMENT of SPECIFIC DEFENSE.

7. Defendant, Maria Medina Capote, f/k/a Maria Medina, hereby abandons and specifically withdraws the defense of Statute of Repose (statute of limitations) as set forth in Paragraph 5 of Defendant's Answer.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Defendant's Witness List and Abandonment of Specific Defense* was served electronically on **Jennifer Margolis Marquez, Esquire** (jenmargolis@bellsouth.net), *Newman & Marquez, PA*, 1533 Sunset Drive, Suite 225, Coral Gables, Florida 33143, this **Tuesday, August 28, 2012**.

Ralph Rocheteau
Attorney for Defendant
508 S.W. 17 Terrace
Homestead, FL 33030
Tel. 727-242-6932
Cell 305-562-3413
Fax. 786-472-6850
E-mail: Ralph@rocheteau.com

By /s/ Ralph Rocheteau
Ralph Rocheteau
Florida Bar # 269441

2