UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:12-21915 CIV-COOKE/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIA MEDINA A/K/A MARIA E CAPOTE

    Defendant.
_____/

## PLAINTIFF'S WITNESS LIST

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through the undersigned attorney, and files this its Witness List and states:

1. Michael Illes, Loan Analyst

   U.S. Department of Education/Federal Student Aid

   Processing Group, Room 8601

   50 Beale Street

   San Francisco, CA 94105

2. MARIA MEDINA A/K/A MARIA E CAPOTE

   PERSONAL & CONFIDENTIAL

   10240 SW 56TH ST STE 108

   MIAMI, FL 33165

UNITED STATES OF AMERICA vs. MARIA MEDINA A/K/A MARIA E CAPOTE
Case No.: 12-21915 CIV-COOKE/TURNOFF
Page Two

Dated: __8/29__, 2012
Miami, Florida

Respectfully submitted,

By: _____
Jennifer Margolis Marquez
Email: jenmargolis@bellsouth.net
Florida Bar No.: 0770701
NEWMAN & MARQUEZ, P.A.
1533 Sunset Dr., Suite 225
Coral Gables, FL 33143
Telephone: (305) 665-9633
Fax No.: (305) 666-9714
Attorneys for Plaintiff

UNITED STATES OF AMERICA vs. MARIA MEDINA A/K/A MARIA E CAPOTE
Case No.: 12-21915 CIV-COOKE/TURNOFF
Page Three

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was electronically filed on this 29 day of Aug., 2012. I also certify that the forgoing is being served by U.S. Mail this 29 day of Aug., 2012 upon all counsel or parties of record as indicated on the attached service list.

Jennifer Margolis Marquez
Newman & Marquez, P.A.
Counsel for the Plaintiff

UNITED STATES OF AMERICA vs. MARIA MEDINA A/K/A MARIA E CAPOTE
Case No.: 12-21915 CIV-COOKE/TURNOFF
Page Four

## SERVICE LIST

RALPH ROCHETEAU, ESQ.
Email: ralph@rocheteau.com
508 SW 17 TERR
HOMESTEAD, FL 33030
Telephone: (727)242-6932
Fax No.: (786)472-6850
Attorney for Defendant


Jennifer Margolis Marquez, Esq.
Email: jenmargolis@bellsouth.net
Florida Bar No.: 0770701
NEWMAN & MARQUEZ, P.A.
1533 Sunset Dr., Suite 225
Coral Gables, FL 33143
Telephone: (305) 665-9633
Fax No.: (305) 666-9714
Attorneys for Plaintiff