UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-21915-Turnoff

UNITED STATES OF AMERICA,
　　　　Plaintiff,

vs.

MARIA MEDINA a/k/a MARIA E CAPOTE, [now known as Maria Medina Capote]

　　　　Defendant.

### Response to Plaintiff's Motion to Approve Consent Judgment

COMES NOW the Defendant, **Maria Medina,** now known as **Maria Medina Capote**, M.D., by and through undersigned counsel, and responds to *Plaintiff's Motion to Approve Consent Judgment* as follows:

Defendant Joins in *Plaintiff's Motion to Approve Consent Judgment*, and prays that the proposed *Order Approving Final Judgment By Consent* [Document 25-1] and *Final Judgment of Consent* [Document 25] be entered by the Court.

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing *Response to Plaintiff's Plaintiff's Motion to Approve Consent Judgment* was served electronically on **Jennifer Margolis Marquez, Esquire**

*1*

**United States vs. Maria E. Medina**
**Case No. 12-cv-21915-Turnoff**

(jenmargolis@bellsouth.net), *Newman & Marquez, PA*, 1533 Sunset Drive, Suite 225, Coral Gables, Florida 33143, this **Thursday, September 27, 2012**.

Ralph Rocheteau
Attorney for Defendant
508 S.W. 17 Terrace
Homestead, FL 33030
Tel. 727-242-6932
Cell 305-562-3413
Fax. 786-472-6850
E-mail: Ralph@rocheteau.com

By _/s/ Ralph Rocheteau_
Ralph Rocheteau
Florida Bar # 269441

Defendant's Response to Plaintiff's MOTION to Approve Consent Judgment_26-Sept_2012.mmc.wpd