UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. : 12-21915 CIV- TURN OFF
"CONSENT CASE"

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIA MEDINA A/K/A MARIA E CAPOTE

    Defendant.
_____/

### FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the Defendant, MARIA MEDINA A/K/A MARIA E CAPOTE, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The Defendant hereby agrees to the entry of a judgment in the sum of $47,536.74 (principal of $26,142.17, interest in the amount of $17,849.57 through September 25, 2012, attorney fees in the amount of $3,500.00, service of process fee in the amount of $45.00) plus interest on the unpaid principal at 9% per annum from September 25, 2012 through the date of judgment and interest at the legal rate from the date of entry of judgment, which will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b) until paid in full. /15

3. Judgment debtor will make an initial payment on October 15, 2012, payable to the Department of Justice, to be sent to the U.S. Department of Justice, Central Intake



UNITED STATES OF AMERICA vs. MARIA MEDINA A/K/A MARIA E CAPOTE
Case No.: 12-21915 CIV- TURNOFF
Final Judgment by Consent
Page Two

Facility, P.O. Box 790363, St. Louis, MO 63179-0363, in the amount of $1,000.00. CDCS# 2010A53265 should be written in the lower left corner of your payment.

R.R.

4. On the ~~10th~~ 15th day of each month thereafter, the judgment debtor will tender to the United States a check payable to the Department of Justice in the amount of $800.00, until the entire amount of the judgment, together with any interest thereon, is paid in full, with the following special provisions:

   (a) Each said payment shall be applied first to the payment of interest accrued to the date of receipt of said payments, and the balance, if any, to the principal;

   (b) Plaintiff agrees to withhold execution on this judgment as long as all payments are made as agreed.

   (c) If plaintiff deems it necessary, the judgment debtor shall submit financial data to the plaintiff as specified by plaintiff on the anniversary date of this judgment for each year this judgment remains unpaid; the judgment debtor shall provide the United States with current, accurate evidence of his or her assets, income and expenditures (including, but not limited to his or her Federal Income Tax returns) within fifteen (15) days of a request for such evidence.

5. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the Defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

6. The Defendant shall keep the United States currently informed in writing of any material change in his or her financial situation or ability to pay, and of any change in his or her employment, place of residence or telephone number. The Defendant shall

UNITED STATES OF AMERICA vs. MARIA MEDINA A/K/A MARIA E CAPOTE
Case No.: 12-21915 CIV-TURNO FF
Final Judgment by Consent
Page Three

also provide such information to Newman & Marquez, P.A., 1533 Sunset Drive #225

Coral Gables, FL 33143-5700.

Respectfully submitted,

Date: Sept. 25, 2012   By: _____
Jennifer Margolis Marquez
Florida Bar Number 0770701
Newman & Marquez, P.A.
1533 Sunset Drive, Suite 225
Coral Gables, Florida 33143
Tel. 305-665-9633
Facsimile 305-666-9714
Email: jenmargolis@bellsouth.net

Date: 25, Sept 2012   _____
MARIA MEDINA A/K/A MARIA E CAPOTE
PERS & CONF 10240 SW 56TH ST STE 108
MIAMI, FL 33165

Date: 25 Sept 2012   _____
Ralph Rocheteau, Esq.
Attorney for Defendant
508 SW 17 Terrace
Homestead, FL 33030
Tel. (727)242-6932
Facsimile (786) 472-6850
Email: ralph@rocheteau.com

UNITED STATES OF AMERICA vs. MARIA MEDINA A/K/A MARIA E CAPOTE
Case No.: 12-21915 CIV-TURNOFF
Final Judgment by Consent
Page Four

Approved this 29 day of September, 2012.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE